Michael C. Fallon, SBN 088313
Attorney at Law
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
Facsimile: (707) 546-5775

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:  Case No. 09-12616

Mira Herman  Chapter 11

    Debtor.
_____/

CHAPTER 11 DEBTOR'S STATUS CONFERENCE STATEMENT

    Mira Herman, the Chapter 11 debtor, submits her Status Conference Statement.

    Mira Herman is a chiropractor, acupuncturist, who suffers from short term memory loss due to a physical injury. Shw owns two investment properties, both single family dwellings, and her home, also a single family dwelling. She filed her Chapter 11 to stop the foreclosure of her home and to place herself in a position to where the investment properties would cash flow from the rents that are being earned from the property.

    The debtor's immediate problem is the lack of income to pay the mortgage on her home. If she is not able to quickly increase her income she will not be able to service the debt and, in time, she will lose the property.

    If the debtor is able to re-write the mortgages on the investment properties by reducing the principal to the value of the properties and then paying out th obligations over a thirty year term at a market rate of interest she will be able to keep the properties.

    The debtor has attended the Initial Debtor Interview and she has attended the meeting of creditors (although the meeting of creditors was continued to October 9).

1

The debtor believes a date of March 1, 2010 to confirm her plan should allow her the time she needs to increase her income as she must if she is going to be successful.

Dated: October 4, 2009                      Respectfully submitted,

/s/ *Michael C. Fallon*
_____
Michael C. Fallon
Attorney for the Debtor