Michael C. Fallon, SBN 088313
Attorney at Law
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
email: mcfallon@fallonlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re                                         Case No. 09-12616

Mira Herman                                   CHAPTER 11

    Debtor.
_____/

ORDER RE
MOTION TO DETERMINE VALUE OF CLAIM
SECURED BY LIEN ON PROPERTY AND FOR
ORDER AVOIDING LIEN
(Washington Mutual - Third Deed of Trust)

    The matter of the debtor's motion pursuant to FRBP Rule 3012 and 11 USC § 506 for an order determining the extent of the value of the secured claim of Washington Mutual and for an order pursuant to 11 USC § 1123 avoiding the lien held by Washington Mutual came on for hearing before the undersigned Judge on October 23, 2009. The debtor appeared through her counsel, Michael Fallon. There having been no opposition to the motion, good cause appearing,

    IT IS HEREBY ORDERED

    1.    The motion is granted,

    2.    The claim of Washington Mutual is disallowed as a secured claim,

//
//
//
//

1

3. The deed of trust held by Washington Mutual, recorded with the Sonoma County Recorder's Office on July 7, 2005, as document number 2005097470, shall be avoided upon entry of the Chapter 11 discharge.

Dated: October 23, 2009

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge