1 Michael C. Fallon, SBN 088313
Attorney at Law
2 100 E Street, Suite 219
Santa Rosa, California 95404
3 Telephone: (707) 546-6770
email: mcfallon@fallonlaw.net
4
Attorney for Mira Herman
5

6

7

8 UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
9

10 In Re:                                          Case No. 09-12616

11 Mira Herman                         Chapter 11

12
     Debtor.
13 _____/

14                      ORDER CONFIRMING CHAPTER 11 PLAN

15      The matter of confirmation of the debtor's chapter 11 Plan of Reorganization came on for

16 hearing before the Honorable Alan Jaroslovsky on October 1, 2010, with the debtor the only

17 party appearing through her attorney, Michael Fallon. The court having determined after hearing

18 on notice that:

19      1. The plan has been accepted in writing by the creditors whose acceptance is required

20 by law;

21      2. The plan complies with the applicable provisions of Chapter 11 of the Bankruptcy

22 Code;

23      3. The plan has been proposed in good faith and not by any mean forbidden by law;

24      4. Any payment made or to be made by the debtor for services or for costs and expenses

25 in connection with the case, or in connection with the plan and incident to the case, has been

26 approved by, or is subject to the approval of, the court as reasonable;

27      5. Each holder of a claim or interest has accepted the plan or will receive or retain under

28 the plan property of a value, as of the effective date of the plan, that is not less than the amount

1

that such holder would receive or retain if the debtor were liquidated under chapter 7 of the Code on such date;

     6. Confirmation of the plan is not likely to be followed by the need for further financial reorganization of the debtor;

     IT IS HEREBY ORDERED that the debtor's Plan of Reorganization dated September 29, 2010, is confirmed.

Dated: October 1, 2010

                                                     Alan Jaroslovsky
                                                     U.S. Bankruptcy Judge

2
Case: 09-12616    Doc# 91    Filed: 10/01/10    Entered: 10/01/10 13:34:54    Page 2 of 2