Michael C. Fallon, SBN 088313
Attorney at Law
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
Facsimile: (707) 546-5775

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                                 Case No. 09-12616

Mira Herman                                Chapter 11

        Debtor.
_____/

DEBTOR'S EX PARTE APPLICATION FOR
ENTRY OF A FINAL DECREE

DECLARATION OF MIRA HERMAN

FINAL DECREE

        The Debtor hereby submits his Ex Parte Application for entry of a Final Decree.

        1. On October 1, 2010, an order was entered confirming the Plan of Reorganization proposed by the Debtor and directing the execution of the Plan.

        2. The Plan has been substantially consummated in that the Debtor has commenced her Chapter 11 Plan payments.

        3. The Debtor is in substantial compliance with the requirements of the plan

        4. This case is in a position to be closed with the entry of a Final Decree.

        WHEREFORE, the Debtor prays the court enter its Final Decree and close this case, and further prays that the court waive the filing fee when the Debtor moves to reopen the case for the entry of the Chapter 11 Discharge.

Dated: September 19, 2011

                                             */s/ Michael C. Fallon*
                                             _____
                                             Michael C. Fallon
                                             Attorney for Debtor

## DECLARATION OF MIRA HERMAN

I, Mira Herman, declare that:

1. On October 1, 2010, this court entered its order confirming the Plan of Reorganization proposed by me and directing the execution of the Plan.

2. The Plan has been substantially consummated in that I have commenced the Chapter 11 Plan payments.

3. I am in substantial compliance with the requirements of the plan.

4. This case is in a position to be closed with the entry of a Final Decree.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed by me on September 19, 2011.

*/s/ Mira Herman*
_____
Mira Herman

## FINAL DECREE

The Court having considered the Debtor's Ex-Parte Application for Entry of Final Decree and the declaration of Mira Herman in support of the application, good cause appearing,

IT IS HEREBY ORDERED that the estate herein and the above-captioned case is hereby closed.

IT IS FURTHER ORDERED that the filing fee required on the Debtor's Motion to Reopen for the entry of the Chapter 11 Discharge is waived.

Dated: June 7, 2012

Alan Jaroslovsky
U.S. Bankruptcy Judge