| | | |
|---|---|---|
| | | EJ-001 |

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and telephone number):
Recording requested by and return to:

Michael C. Fallon, SBN 088313
Attorney at Law
100 E Street, Ste 219
Santa Rosa, CA 95404
T: (707) 546-6770

[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

STREET ADDRESS: United States Bankruptcy Court
MAILING ADDRESS: Northern District of California
CITY AND ZIP CODE: 99 South E Street
BRANCH NAME: Santa Rosa, California 95404

PLAINTIFF: In re:

DEFENDANT: Mira Herman

CASE NUMBER: 09-12616

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

FOR COURT USE ONLY

FILED
MAR 10 2014
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      Mira Herman
      312 Grandview Road
      Sebastopol, CA 95472
   
   b. Driver's license no. [last 4 digits] and state: [✓] Unknown
   c. Social security no. [last 4 digits]: [✓] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: March 6, 2014

(TYPE OR PRINT NAME)     (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 14,355
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 12/15/10
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on (date):
MAR 10 2014

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [ ] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [ ] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Edward J. Emmons, Clerk of Court
Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190