**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and telephone number):
Recording requested by and return to:

Michael C. Fallon, SBN 088313
Attorney at Law
100 E Street, Ste 219
Santa Rosa, CA 95404
T: (707) 546-6770

[✓] ATTORNEY FOR   [✓] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: United States Bankruptcy Court
MAILING ADDRESS: Northern District of California
CITY AND ZIP CODE: 99 South E Street
BRANCH NAME: Santa Rosa, California 95404

PLAINTIFF: In re:
DEFENDANT: Mira Herman

CASE NUMBER: 09-12616

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

FOR COURT USE ONLY

**FILED**
JUN 19 2019
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      Mira Herman
      312 Grandview Road
      Sebastopol, CA 95472
   
   b. Driver's license no. [last 4 digits] and state: [✓] Unknown
   c. Social security no. [last 4 digits]: [✓] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: June 19, 2019

(TYPE OR PRINT NAME)    (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 14,355
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 12/15/10
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on (date): JUN 19 2019

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows.
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [ ] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [ ] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

**EDWARD J. EMMONS, Clerk**
Clerk, by _Linda Felix_, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure §§ 488.400, 674, 700.190

Case: 09-12616   Doc# 116   Filed: 06/19/19   Entered: 06/19/19 15:56:58   Page 1 of 2

| PLAINTIFF: In re: | CASE NUMBER. |
|---|---|
| DEFENDANT: Mira Herman | 09-12616 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

Case: 09-12616   Doc# 116   Filed: 06/19/19   Entered: 06/19/19 15:56:58   Page 2 of 2