| | EJ-001 |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, State Bar number, and telephone number):*<br>Recording requested by and return to<br>Michael C. Fallon, SBN 088313<br>Attorney at Law<br>100 E Street, Ste 219<br>Santa Rosa, CA 95404<br>T: (707) 546-6770<br>[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | **FOR RECORDER'S USE ONLY** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: United States Bankruptcy Court
MAILING ADDRESS: Northern District of California
CITY AND ZIP CODE: 99 South E Street
BRANCH NAME: Santa Rosa, California 95404

PLAINTIFF: In re:

DEFENDANT: Mira Herman

CASE NUMBER: 09-12616

### ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS     [ ] Amended

FOR COURT USE ONLY

**FILED**
JUN 21 2019
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      Mira Herman
      312 Grandview Road
      Sebastopol, CA  95472
   
   b. Driver's license no. [last 4 digits] and state:  [✓] Unknown
   c. Social security no. [last 4 digits]:  [✓] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:

2. [ ] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address)*:
   Michael C. Fallon, 100 E Street, Suite 219
   Santa Rosa, CA  95404

Date: June 21, 2019
Michael C. Fallon
_____
(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 14,355
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: 12/15/10
   b. Renewal entered on *(date)*:
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date)*:
6/21/2019

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [ ] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [ ] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

EDWARD EMMONS, Clerk of Court
Clerk, by _Lydia Menendez_, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: In re: | CASE NUMBER |
|---|---|
| DEFENDANT: Mira Herman | 09-12616 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.